IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                          Criminal No. 21-MJ-328

ERIC LEE GARCIA,

        Defendant.

## ORDER FOR LOCAL COMPETENCY EVALUATION

THIS MATTER comes before the Court on Defendant's unopposed Motion for Competency Evaluation (Doc. 10). Defense counsel, having interacted with Mr. Garcia, has raised concerns about Mr. Garcia's current ability to understand the charge against him, the proceedings, and the seriousness of the allegations against him, and whether Mr. Garcia is able to assist in his defense. Mr. Garcia therefore has requested a competency evaluation. The Court, finding good basis, hereby orders pursuant to 18 U.S.C. § 4241(b) that a psychiatric or psychological examination be conducted by Julie Brovko, Ph.D., and that a report be filed pursuant to the provisions of 18 U.S.C. §§ 4247(b) and (c).

IT IS THEREFORE ORDERED that pursuant to 18 U.S.C. §§ 4241 and 4247, the following:

    1.    A local psychiatric or psychological examination shall be conducted by Dr. Julie Brovko, a licensed or certified psychiatrist or psychologist who is designated as an examiner under the provisions of 18 U.S.C. § 4247(b), and a report shall be prepared. Dr. Brovko will conduct the examination and prepare the report as described below.

2. Dr. Brovko shall promptly file a report that contains all the information required under 18 U.S.C. § 4247(c)(1), (2), (3), and (4)(A), including:

(1) Defendant's mental health history and his present symptoms

(2) A description of any psychological, psychiatric or other medical tests which were employed by the evaluating psychologist or psychiatrist and the results of any such tests;

(3) The evaluating psychologist's or psychiatrist's findings and opinions as to defendant's present mental or medical diagnosis and prognosis;

(4) The evaluating psychologist's or psychiatrist's assessment of whether defendant suffers from a mental disease or defect which prevents or impairs his ability to understand the nature of the charges and the consequences of the proceedings or to consult with his lawyer with a reasonable degree of rational understanding; and

(5) If the defendant does not presently have a rational or factual understanding of the charges or presently does not have sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding, the evaluating psychologist's or psychiatrist's assessment of whether there is a substantial probability that the defendant will attain either of these capacities in the foreseeable future.

The psychiatric or psychological report order shall be filed with the Court under seal with copies provided to counsel for Mr. Garcia and the United States.

3. A copy of this Order shall be given to the United States Marshal and the United States Pretrial Services Office. The Marshal shall make arraignments as are necessary for the examination of Mr. Garcia.

**IT IS FURTHER ORDERED,** pursuant to 18 U.S.C. § 3161(h)(1)(A), that any period of delay resulting from the defendant's unopposed Motion for Competency Evaluation (Doc. 10), filed on March 16, 2021, through and including the termination of any proceeding, including any examination or hearing to determine defendant's mental competency, shall be excluded for purposes of calculating the defendant's Speedy Trial Act rights.

\#

_____
**THE HONORABLE LAURA FASHING**
UNITED STATES MAGISTRATE JUDGE