FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 22 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 21 CR 571 JB |
| vs. | 18 U.S.C. §§ 1153 and 1111: Second Degree Murder. |
| **ERIC LEE GARCIA,** | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about March 9, 2021, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **ERIC LEE GARCIA**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney