# CLERK'S MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Psychiatric Report Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 21-571 JB | UNITED STATES vs. GARCIA | |
| Hearing Date: | 6/3/2021 | Time In and Out: | 12:09-12:22 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Hondo - Remote |
| Defendant: | Eric Lee Garcia | Defendant's Counsel: | Lucas Babycos |
| AUSA: | Frederick Mendenhall | Pretrial/Probation: | |
| Interpreter: | N/A | Witness: | |

## Proceedings

Government has reviewed report, asks that Defendant be evaluated by BOP. Defense counsel asks that a second evaluation take place by Dr. Alexander P. (last name unclear). Court asks counsel to confer, file opposed motion or stipulation by June 11, indicating whether Judge Fashing or Judge Browning will handle.

## Custody Status

☒ Defendant previously detained
☐ Conditions

## Other Ruling

☐