IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 21-CR-571 MLG |
| ) | |
| **ERIC GARCIA**, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES'**
**INITIAL EXHIBIT LIST**

In compliance with this Court's Order Continuing Motions Deadline and Trial Setting,

(Doc. 81), the United States submits this initial exhibit list.

| # | Bates # | Format | Description |
|---|---|---|---|
| 1 | 35 | USB | Defendant's 3/9/21 recorded interview (2 parts – 1:03:43 & 1:10) |
| 2 | 473 | Paper | Defendant's 3/9/21 Advice of Rights form |
| 3 | n/a | Physical | Doe's dried blood sample |
| 4 | n/a | Physical | Defendant's blue pants with staining |
| 5 | n/a | Physical | Defendant's black hoodie with staining |
| 6 | n/a | Physical | Defendant's tan lace-up boots with staining |
| 7 | n/a | Physical | Knife with "Lee" written on handle, recovered from "shed" |
| 8 | n/a | Physical | Doe's stained Gallup Bengals shirt |
| 9 | n/a | Physical | Doe's stained American flag bandana |
| 10 | 752 | Paper | Log-cabin photo – front of cabin, from a distance |
| 11 | 762 | Paper | Log-cabin photo – front door, Doe on ground |
| 12 | 765 | Paper | Log-cabin photo – front steps |
| 13 | 767 | Paper | Log-cabin photo – looking in from front steps, Doe on ground |
| 14 | 768 | Paper | Log-cabin photo – Doe's face and torso |
| 15 | 769 | Paper | Log-cabin photo – Doe's face (close-up) |
| 16 | 773 | Paper | Log-cabin photo – interior, facing back wall |
| 17 | 775 | Paper | Log-cabin photo – interior, facing right wall |
| 18 | 777 | Paper | Log-cabin photo – interior, facing front door, Doe on ground |
| 19 | 806 | Paper | Log-cabin photo –Navajo Nation doc. affixed to wall, signed by Doe |
| 20 | 808 | Paper | Log-cabin photo – Ground after Doe moved |
| 21 | 71 | Paper | Shed photo – Front-diagonal view of exterior |

| # | Bates # | Format | Description |
|---|---|---|---|
| 22 | 168 | Paper | Shed photo – Interior view, from front door |
| 23 | 98 | Paper | Shed photo – bed, chair, and knife on cardboard box |
| 24 | 119 | Paper | Shed photo – Knife on cardboard box |
| 25 | 128 | Paper | Shed photo – Knife on cardboard box |
| 26 | 143 | Paper | Shed photo – Knife on cardboard box (close up) |
| 27 | 120 | Paper | Shed photo – Knife on cardboard box, open beer cans on ground |
| 28 | 149 | Paper | Shed photo – Defendant's driver's license in bag |
| 29 | 164 | Paper | Shed photo – Defendant's driver's license not in bag |
| 30 | 138 | Paper | Shed photo – A & B placards |
| 31 | 898 | Paper | OMI photo – Stained American-flag bandana |
| 32 | 906 | Paper | OMI photo – Stained Gallup Bengals shirt (front) |
| 33 | 917 | Paper | OMI photo – Stained Gallup Bengals shirt (back) |
| 34 | 821 | Paper | OMI photo – "A" – left back, exterior |
| 35 | 826 | Paper | OMI photo – "B" – back of head, exterior |
| 36 | 829 | Paper | OMI photo – "B" – back of head, exterior, skin pulled back |
| 37 | 842 | Paper | OMI photo – "C" – right cheek, exterior |
| 38 | 844 | Paper | OMI photo – "D" – right neck, exterior |
| 39 | 889 | Paper | OMI photo – "D" – interior |
| 40 | 894 | Paper | OMI photo – "D" – interior |
| 41 | 846 | Paper | OMI photo – "E" – right shoulder, exterior |
| 42 | 848 | Paper | OMI photo – "F" – mid-torso, exterior |
| 43 | 863 | Paper | OMI photo – "F" – interior |
| 44 | 864 | Paper | OMI photo – "F" – interior |
| 45 | 865 | Paper | OMI photo – "F" – interior |
| 46 | 866 | Paper | OMI photo – "F" – interior |
| 47 | 869 | Paper | OMI photo – "F" – interior |
| 48 | 871 | Paper | OMI photo – "F" – interior |
| 49 | 878 | Paper | OMI photo – "F" – interior |
| 50 | 883 | Paper | OMI photo – "F" – interior |
| 51 | 849 | Paper | OMI photo – "G" – left-front torso, exterior |
| 52 | 876 | Paper | OMI photo – "G" – interior |
| 53 | 877 | Paper | OMI photo – "G" – interior relative to "F" |
| 54 | 879 | Paper | OMI photo – "F" – interior |
| 55 | 854 | Paper | OMI photo – "H" – left-side torso, exterior |
| 56 | 880 | Paper | OMI photo – "H" – interior |
| 57 | 852 | Paper | OMI photo – "I" – left ear, exterior |
| 58 | 859 | Paper | OMI photo – abrasion above left nipple, exterior |
| 59 | 861 | Paper | OMI photo – marks on left shoulder, exterior |

*U.S. v. Eric Garcia*
United States' Initial Exhibit List

| # | Bates # | Format | Description |
|---|---------|--------|-------------|
| 60 | 831 | Paper | OMI photo – Doe's front full body, exterior |
| 61 | 833 | Paper | OMI photo – Doe's face, exterior |
| 62 | 834 | Paper | OMI photo – Doe's left hand, palm down |
| 63 | 836 | Paper | OMI photo – Doe's left hand, palm up |
| 64 | 837 | Paper | OMI photo – Doe's right hand, palm down |
| 65 | 839 | Paper | OMI photo – Doe's right hand, palm up |
| 66 | 602-03 | Paper | FBI Lab photo – Black sweatshirt showing locations of swabbing (redacted to eliminate case notes) |
| 67 | 605 | Paper | FBI Lab photo – Knife showing locations of swabbing (redacted to eliminate case notes) |
| 68 | 496 | Paper | Defendant's Navajo Nation Certificate of Indian Blood |

Respectfully submitted,

**TODD BLANCHE**
Deputy Attorney General

**RYAN ELLISON**
Acting United States Attorney

Zach Jones
Assistant United States Attorney
201 3rd St. NW, Ste. 900
Albuquerque, NM 87102
(505) 346-7274

3

*U.S. v. Eric Garcia*
United States' Initial Exhibit List

I HEREBY CERTIFY that on July 6, 2026, I caused this pleading electronically through the CM/ECF system, which caused counsel of record, Nicholas Hart, to be served by electronic means.

Zach Jones
Assistant United States Attorney

4